tion authorized by this rule. An additional fee of $100 shall be required for character and fitness evaluations related to applications for the February examination that are postmarked after November 1, and applications for the July examination that are postmarked after March 1.

*Section 2-Section 3.* [Unchanged.]

*Staff Comment*: The State Bar of Michigan has proposed amending Rule 15, § 1, ¶ 21 to more accurately reflect the actual costs of character-and-fitness investigations. The last time the fee was increased was in 1992, when the charge per applicant was raised from $75 to $125.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court Clerk by July 1, 2001. When filing a comment, please refer to our File No. 00-19.

*Rehearing Denied March 21, 2001:*

DEBROW V CENTURY 21 GREAT LAKES, INC (AFTER REMAND), No. 114615. Reported *ante*, 534.

MARKMAN, J. I would grant rehearing.

YOUNG, J., not participating.

*Leave to Appeal From Attorney Discipline Board Denied March 27, 2001:*

GRIEVANCE ADMINISTRATOR V FERTIG, No. 117492.

*Orders Entered March 27, 2001:*

PROPOSED AMENDMENT OF MCR 2.602. On order of the Court, this is to advise that the Court is considering an amendment of Rule 2.602 of the Michigan Court Rules. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal. We welcome the views of all who wish to address the proposal or who wish to suggest alternatives. Before adoption or rejection, this proposal will be considered at a public hearing by the Court. The Clerk of the Court will publish a schedule of future public hearings.